IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:17-CR-03035-2-MDH |
| ) | |
| ADRIANA GUTIERREZ-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's *pro se* Motion to Reconsider this Court's prior denial of Defendant's Motion for Compassionate Release. Defendant's Motion, however, establishes no additional bases for compassionate release not already considered by this Court. Defendant's Motion for Reconsideration is, therefore, **DENIED**. Also before the Court is Defendant's Motion for Appointment of Counsel. To the extent Plaintiff seeks appointment of counsel to assist with her Motion for Reconsideration, this request is **MOOT**, as the present order denies Plaintiff's Motion for Reconsideration. To the extent Plaintiff seeks appointment of counsel to assist Plaintiff with her pending Motion for Sentence Reduction Under Amendment 821, Plaintiff's Motion for Appointment is also **MOOT**, as the Federal Public Defender's Office was previously appointed to assist Plaintiff in that regard.

**IT IS SO ORDERED**.

DATED: April 23, 2024          */s/ Douglas Harpool*
                               **DOUGLAS HARPOOL**
                               **UNITED STATES DISTRICT JUDGE**